IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 4:17-907 |
| | ) | Title 18, United States Code, Sections 2, 1589 and 1594 |
| BOBBY PAUL EDWARDS Defendant. | ) | |

The Grand Jury charges:

**GENERAL ALLEGATIONS**

At all times material to this Indictment:

1. J&J Cafeteria is a for-profit corporation incorporated as Half Moon Foods, Inc. in South Carolina.

2. BOBBY PAUL EDWARDS (or the "Defendant") managed J&J Cafeteria, supervised the staff, including wait and kitchen staff, made hiring and firing decisions, and determined payroll for the staff.

3. JCS is an African American man born in 1978 with an intellectual disability whom the Defendant employed as a buffet cook at J&J Cafeteria.

COUNT 1
(Forced Labor – 18 U.S.C. § 1589)

4. Beginning on or around September 1, 2009, and continuing through on or about October 10, 2014, in the District of South Carolina, BOBBY PAUL EDWARDS did knowingly provide

and obtain, and attempt to provide and obtain, the labor and services of JCS by means of force, threats of force, physical restraint, and threats of physical restraint to JCS; by means of serious harm and threats of serious harm to JCS; by means of the abuse and threatened abuse of law and legal process; and by means of a scheme, plan, and pattern intended to cause JCS to believe that, if he did not perform such labor and services, he would suffer serious harm and physical restraint.

All in violation of Title 18, United States Code, Sections 2, 1589(a), and 1594(a).

UNITED STATES V. BOBBY PAUL EDWARDS

[redacted]

BETH DRAKE
UNITED STATES ATTORNEY

JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division

By:

JARED FISHMAN
Special Litigation Counsel, Civil Rights Division

LINDSEY N. ROBERSON
Trial Attorney, Civil Rights Division