> # PRETRIAL CONFERENCE SCHEDULE AND
> # NOTICE OF TERM OF COURT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

**TO: Members Of The Bar and other parties having criminal cases listed below:**

**PLEASE TAKE NOTICE** the following cases have been scheduled for **PRETRIAL CONFERENCES** on **Monday, January 8, 2018 at 10:00 a.m.** before the **Honorable R. Bryan Harwell**, United States District Judge, at the United States Courthouse, Third Floor Courtroom, McMillan Federal Building, 401 West Evans Street, Florence, South Carolina.

**GUILTY PLEAS** will be taken on **Tuesday, January 9, 2018 at 9:30 a.m.** before the Honorable R. Bryan Harwell, United States District Judge, in the Third Floor Courtroom. If a plea agreement is filed by **12:00 p.m. January 5, 2018,** you are not required to attend the pretrial conference. If counsel wish to request a continuance prior to the pretrial conference, **they must file a written motion** (see the Court's Website (**www.scd.uscourts.gov**) for Judge Harwell's standing order Re: requests for continuances; criminal Pretrial Conferences) with the Clerk of Court at least **2 business days** before the date of the pretrial.

**CRIMINAL MOTIONS** will be heard on **Monday, January 8, 2018 at 10:00 a.m.** before Judge Harwell. **All motions must be filed with an accompanying memorandums** of law and are due by **December 18, 2017.** The government shall file a response by **December 28, 2017**.

1

IN ALL CASES FOR TRIAL, PRETRIAL BRIEFS MUST BE E-MAILED TO JUDGE HARWELL'S ECF MAILBOX  NO LATER THAN THREE (3) DAYS PRIOR TO JURY SELECTION.

**JURY SELECTION** will be held on **Thursday, January 11, 2018 at 9:30 a.m.**  All counsel must be present at **9:15 a.m.  Requests to strike for cause are due by 12:00 noon the day prior to jury selection. See form on the Court's website.**  Jury lists will be available in the Clerk's Office on **January 4, 2018.** Copies of the responses to the juror questionnaires will be available for purchase at M & M Document Center (located at 1300 West Darlington Street, Florence, SC 29501, Phone (843) 662-2412) on **January 4, 2018.**   Copies of these responses will be available for review at the Clerk's Office in Florence during the same period. The questionnaires ask many of the same questions that are traditionally asked of the jurors during voir dire at jury selection.  **THESE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION**.

Pursuant to the Local Rules of this court (Rule 26.04), counsel must submit any **PROPOSED VOIR DIRE** questions and special **JURY INSTRUCTIONS** to the court (with a copy being sent to opposing counsel) at least seven (7) days prior to jury selection.  If such requests are not made by the deadline, counsel shall have waived the right to submit them.

This calendar will serve as your notice.  Any changes will be sent as updates, and you may discard previous notice.

**Attorneys are responsible for notifying their clients of all hearings.**

**PLEASE SEE THE COURT'S WEBSITE (www.scd.uscourts.gov) FOR JUDGE HARWELL'S STANDING ORDER  RE: REQUESTS FOR CONTINUANCES; CRIMINAL PRETRIAL CONFERENCES.**

| Case | Defendant | Status | Counsel |
|---|---|---|---|
| 4:11-659 | Artemio Bustos Solano<br>Interpreter to be present | Custody | Russell B Long, Ret.<br>A Bradley Parham, AUSA |
| 4:15-491 | Hermillian Williams | Bond | Michael Meetze, AFPD<br>Alfred Bethea, AUSA |
| 4:17-469-2<br>-3 | Justin Pressley<br>Rodrick Berklery | Custody<br>Custody | FitzLee McEachin, CJA<br>Scott Bellamy, Ret.<br>James H. May, AUSA<br>John D. Rowell, AUSA<br>& Scott R. Hixson |
| 4:17-470-1<br>-2 | Andre Matrel Rogers, a/k/a "Black"<br>Chris Anthony Bellamy a/k/a "Murder" | Custody<br>Custody | Maria Elias-Williams, CJA<br>Ashley Nance, CJA<br>Christopher Taylor, AUSA |
| 4:17-588 | Octavus Fuqwan McDowell | Custody | Casey Riddle, AFPD<br>Alfred Bethea, AUSA |
| 4:17-692 | Jessica Shante Bradley | Bond | Casey Riddle, AFPD<br>A. Bradley Parham, AUSA |
| 4:17-693 | Willie Cornelius Manning | Bond | Thurmond Brooker, Ret.<br>A. Bradley Parham, AUSA |
| 4:17-695 | Tommie Brenda McLaurin | Custody | James McBratney, Jr, Ret<br>Alfred Bethea, AUSA |
| 4:17-778-1<br>-2<br>-4<br>-5<br>-6<br>-7<br>-8<br>-9<br>-10<br>-11 | Carl Melvin Mitchell<br>Jerry Terill Brooks, a/k/a "Little Bootsie"<br>Victor Ragauha Cooper<br>Melvin Deandre Daniels a/k/a "Mel C"<br>Joseph Durant<br>Wayne Christopher Hooks<br>Michael Lamont Jackson a/k/a "Stump"<br>Lorenzo Labell Jones a/k/a "Florida Dave"<br>Dequan Jordan<br>Calvin Deshone Lynch | Custody<br>Custody<br>Custody<br>Custody<br>Custody<br>Custody<br>Custody<br>Custody<br>Custody<br>Custody | Jason P. Peavy, Ret.<br>Matt Bodman<br>Scott Joye, CJA<br>James Hoffmeyer, CJA<br>Ashley Nance, CJA<br>Shaun Kent, Ret.<br>Henry Anderson, Jr., CJA<br>Paul Cannarella, Ret.<br>Derek Shoemake, CJA.<br>Robert E. Lee, Ret.<br>Mark McLawhorn, AFPD |

| Case No. | Defendant | Status | Counsel |
|---|---|---|---|
| -12 | Archie McCullough, Jr. | Custody | Morgan Martin, Ret. |
| -13 | Steve Tindal, Jr., a/k/a "Boogaloo" | Custody | Wallace Jordan, Jr., CJA<br>Christopher Taylor, AUSA |
| 4:17-783 | Alexis Lee Patterson | Custody | Kenneth Massey, Ret.<br>David Caraker, Jr., AUSA |
| 4:17-784-1 | Shanteley Latrice Howard | Bond | Casey Riddle, AFPD |
| -2 | Gary Jerome Smart | Custody | James McBratney Jr., CJA |
| -3 | Michael James Bembry | Bond | Elizabeth Tilley, CJA |
| -5 | Joel Ray Cain, Jr | Bond | Robert E. Lee, CJA |
| -6 | Kermit Lee Smith | Bond | James Battle, II, CJA |
| -8 | Christopher Jamall Moody | Bond | John Ervin, III, CJA |
| -10 | Shadrick Jarmarcus Jett | Bond | W James Hoffmeyer, Ret.<br>A. Bradley Parham, AUSA |
| 4:17-865-1 | Jonathan Stefan Vanderhorst | Custody | William Nettles, AFPD |
| -2 | Jim Tracy Miller | Custody | W James Hoffmeyer, CJA |
| -3 | Demetrius Altman | Custody | James Saverance, Jr, CJA<br>William C. Lewis, AUSA |
| 4:17-866 | Brandon Michael Council | Custody | Duane K Bryant, CJA<br>Michael Meetze, AFPD<br>William Nettles, IV, AFPD<br>Akin Adepoju, AFPD<br>John David Rowell, AUSA<br>Julius Richardson, AUSA<br>Scott Hixson, AUSA |
| 4:17-883 | Martin Luther Dease | Bond | Casey Price Riddle, AFPD<br>A Bradley Parham, AUSA |
| 4:17-884 | Dajon Saleem Gamble | Custody | William Nettles, IV, AFPD<br>Alfred Bethea, AUSA |
| 4:17-886 | Deandre Tyquan Jackson | Bond | William Nettles, IV, ADPD<br>Alfred Bethea, AUSA |
| 4:17-887 | Roderick Delon Lewis | Custody | Thurmond Booker, Ret.<br>Alfred Bethea, AUSA |
| 4:17-907 | Bobby Paul Edwards | Bond | G Scott Bellamy, Ret<br>Alyssa Richardson, AUSA |

|  |  |  |
|---|---|---|
|  |  | Jared Fishman, US DOJ |
|  |  | Lindsey Roberson, US DOJ |
| 4:17-997     Miguel Pedroza-Naquid | Custody | Mark McLawhorn, AFPD |
| (Interpreter to be present) |  | A Bradley Parham, AUSA |
| 4:17-998     Agustin Rincon-Hipolito | Custody | Mark McLawhorn, AFPD |
|  |  | A Bradley Parham, AUSA |
| 4:17-1000-1     Jazmine Cruz | Custody | Casey Riddle, AFPD |
|         -2     Monica Reyes Campero | Custody | Robert E Lee, CJA |
| (Interpreter to be present) |  |  |
|         -3     Anna Cecilia Papineau | Bond | John M Ervin, III, CJA |
|         -4     Maurice Wesley Nelson | Bond | Richard Scott Joye, CJA |
|         -5     Jose Luis Martinez Bautista | Custody | Nicholas Lewis, CJA |
| (Interpreter to be present) |  |  |
|         -6     Catalina Moreno De Jesus | Custody | James McBratney, Jr, Ret |
| (Interpreter to be present) |  | Jane Barrett Taylor, AUSA |
|  |  | Everett McMillian, AUSA |
| 4:17-1072     Curtis Dewayne Bellamy | Custody | Mark McLawhorn, AFPD |
|  |  | William C Lewis, AUSA |
|  |  | Everett McMillian, AUSA |